Cathleen A. Martin, Newman & Comley, Jefferson City, MO, for Defendant–Appellee.

Before MURPHY, ARNOLD and BENTON, Circuit Judges.

PER CURIAM.

Reginald Cobbins appeals following the district court's [1] adverse grant of summary judgment in his employment-discrimination action.

Engineered Plastic Components has moved to dismiss this appeal based on the form of Cobbins's brief on appeal, and this court denies the motion.

After careful de novo review of the merits of the appeal, *see Anderson v. Larson*, 327 F.3d 762, 767 (8th Cir.2003), this court affirms. Cobbins's discrimination and retaliation claims fail because the undisputed evidence showed he did not suffer an adverse employment action, *see Gilbert v. Des Moines Area Cmty. Coll.*, 495 F.3d 906, 917 (8th Cir.2007), *Philip v. Ford Motor Co.*, 413 F.3d 766, 768 (8th Cir. 2005). His hostile-work-environment claim fails, because the undisputed evidence showed, among other things, that EPC took appropriate remedial action, *see Jenkins v. Winter*, 540 F.3d 742, 749 (8th Cir.2008). Cobbins's remaining arguments are either not properly before us, or are meritless and do not need further discussion.

This court affirms. *See* 8th Cir. R. 47B.

Michael Eugene HORLAS, Appellant,

v.

Elizabeth ROBINSON; Steve Young; Heather Brueck; Deborah Nichols; William Spefslage, Appellees.

No. 11–2232.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 24, 2011.

Filed: Aug. 30, 2011.

Michael Eugene Horlas, Iowa State Penitentiary, Fort Madison, IA, pro se.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Iowa inmate Michael Eugene Horlas appeals the district court's [1] order dismissing his 42 U.S.C. § 1983 complaint without prejudice. We conclude dismissal was proper because the district court did not err in holding that Horlas did not comply with Fed.R.Civ.P. 11(a). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughery, United States District Judge for the Western District of Missouri.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.